

# THE STATE OF TEXAS
MANDATE

TO THE 195TH DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 24th day of March, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Martin Suarez Juarez, Appellant

v.

The State of Texas, Appellee

No. 06-14-00052-CR

Trial Court No. F-1360355-N

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to indicate that the statute under which appellant was convicted is Section 22.01(b)(2)(B) of the Texas Penal Code. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Martin Suarez Juarez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 27th day of May, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*